

FILED

03/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0132

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0132

BRYCE EVERETT PETERSON,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAR 0 2 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant has filed a motion for a motion for a 60-day extension of Time to file his reply brief in the referenced matter.

IT IS ORDERED that the motion for extension is GRANTED. Appellant has until May 3, 2021, within which to file his reply brief.

No further extensions will be granted.

DATED this 1st day of March, 2021.

For the Court,

_____
Chief Justice